ROMAN OTKUPMAN, CA Bar No. 249423
roman@olfla.com
RITA LEONG, CA Bar No. 300058
rita@olfla.com
OTKUPMAN LAW FIRM,
A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone:   818.293.5623
Facsimile:   888.850.1310

Attorneys for Plaintiff

Sarah Nichols, CA Bar No. 233099
sara.nichols@ogletreedeakins.com
Carolyn B. Hall, CA Bar No. 212311
Carolyn.hall@ogletreedeakins.com
Rachel J. Moroski, CA Bar No. 286805
Rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN C. HERNANDEZ, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COWORX STAFFING SERVICES LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br>Defendants. | Case No. 2:15-cv-01493-TLN-KJN<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed:   May 29, 2015<br>Case Removed:    July 10, 2015<br>Trial Date:            None Set |

## ORDER

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's deadline to file his Motion to Remand to be extended by thirty (30) days.
2. The new deadline for Plaintiff to file his Motion to Remand will be September 7, 2015.

Dated:  August 7, 2015

_____
Troy L. Nunley
United States District Judge