*ROMAN OTKUPMAN, CA Bar No. 249423*
*roman@olfla.com*
*RITA LEONG, CA Bar No. 300058*
*rita@olfla.com*
OTKUPMAN LAW FIRM,
A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone:   818.293.5623
Facsimile:   888.850.1310

Attorneys for Plaintiff

*Sarah Nichols, CA Bar No. 233099*
*sara.nichols@ogletreedeakins.com*
*Carolyn B. Hall, CA Bar No. 212311*
*Carolyn.hall@ogletreedeakins.com*
*Rachel J. Moroski, CA Bar No. 286805*
*Rachel.moroski@ogletreedeakins.com*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JONATHAN C. HERNANDEZ, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COWORX STAFFING SERVICES LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br>Defendants. | Case No. 2:15-cv-01493-TLN-KJN<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed:   May 29, 2015<br>Case Removed:   July 10, 2015<br>Trial Date:          None Set |

## ORDER

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The new deadline for Plaintiff to file his Motion to Remand will be January 20, 2016.

Dated: August 25, 2015

*Troy L. Nunley*
United States District Judge