ROMAN OTKUPMAN, CA Bar No. 249423
roman@olfla.com
RITA LEONG, CA Bar No. 300058
rita@olfla.com
OTKUPMAN LAW FIRM,
A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone:    818.293.5623
Facsimile:    888.850.1310

Attorneys for Plaintiff
JONATHAN C. HERNANDEZ, on behalf of himself and all others similarly situated, and on behalf of the general public

Sarah Nichols, CA Bar No. 233099
sara.nichols@ogletreedeakins.com
Carolyn B. Hall, CA Bar No. 212311
Carolyn.hall@ogletreedeakins.com
Rachel J. Moroski, CA Bar No. 286805
Rachel.moroski@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:   415.442.4870

Attorneys for Defendant
Coworx Staffing Services LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN C. HERNANDEZ, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>COWORX STAFFING SERVICES LLC, AND DOES 1 THROUGH 10, INCLUSIVE,<br>Defendants. | Case No. 2:15-cv-01493-TLN-KJN<br><br>**ORDER TO REMAND REMOVED ACTION**<br><br>Complaint Filed:   May 29, 2015<br>Case Removed:     July 10, 2015<br>Trial Date:            None Set |

# ORDER

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. That the Parties' stipulation is approved.
2. That the Eastern District of California Case No.: 2:15-cv-01493-TLN-KJN labeled Jonathan C. Hernandez, on behalf of himself and all others similarly situated, and on behalf of the general public v. Coworx Staffing Services, LLC, and Does 1 through 10, inclusive is hereby remanded to Superior Court of the State of California, San Joaquin County, Case No.: 39-2015-00325657-CU-OE-STK.

Dated: January 15, 2016

Troy L. Nunley
United States District Judge